406

THE STATE OF OHIO, APPELLANT, *v.* WILSON, APPELLEE.

[Cite as *State v. Wilson*, 127 Ohio St.3d 406, 2010-Ohio-6285.]

(No. 2010–1257—Submitted October 12, 2010—Decided December 28, 2010.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *State v. Saxon*, 109 Ohio St.3d 176, 2006-Ohio-1245, 846 N.E.2d 824.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Katherine Mullin, Assistant Prosecuting Attorney, for appellant.